Wilma RAPP, Respondent,

v.

Justin A. KURTZ, John Kurtz, and Cheryl Kurtz, Appellants.

No. WD 64793.

Missouri Court of Appeals, Western District.

Feb. 7, 2006.

H. William McIntosh and Steven L. Hobson, Kansas City, MO, for Respondent.

James H. Ensz, Kansas City, MO, for Appellants.

Before SPINDEN, P.J., and HOWARD and HOLLIGER, JJ.

### Order

PER CURIAM.

A jury entered a verdict in favor of Wilma Rapp for damages totaling $375,000 against Justin Kurtz ("Justin") for negligence and against Justin's parents for negligent entrustment. On appeal from the judgment entered on the verdict, Jus-

tin and his parents challenge: (1) the sufficiency of the evidence of Justin's habitual recklessness to submit the negligent entrustment claim; (2) the admissibility of certain evidence in support of Rapp's negligent entrustment claim, including testimony from Justin's attorney about his representation of Justin with regard to moving violations; and (3) the trial court's refusal to allow their expert medical witness to testify about a possible cause of Rapp's injuries.

After consideration of the parties' briefs and oral argument and a complete review of the record on appeal, we found no errors. A written opinion would serve no jurisprudential purpose. We have, however, prepared a memorandum for the use of the parties only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).